Commonwealth *v.* Mercer, Appellant.

Argued December 7, 1973. *Michael F. Walsh,* with him *Meranze, Katz, Spear and Wilderman,* for appellant; *James Garrett,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Miller, Appellant.

Argued December 7, 1973. *John P. Yatsko,* with him *Fitzgerald and Yatsko,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.